EMANUEL BRONNER, Respondent, *v.* CHARLES BROADWAY ROUSS, Appellant.

*Bronner* v. *Rouss*, 42 App. Div. 624, affirmed.
(Argued May 1, 1901; decided May 17, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

June 16, 1899, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Elon S. Hobbs* for appellant.

*George McGowan* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, MARTIN, VANN and WERNER, JJ. Dissenting: BARTLETT and HAIGHT, JJ.